CONSUMER CREDIT TRANSACTION

STATE OF NEW YORK
SUPREME COURT    COUNTY OF KINGS

|  |  |
|---|---|
| ACCESSLEX INSTITUTE DBA<br>ACCESS GROUP<br>10 North High St., Ste 400<br>West Chester PA 19380<br><br>Plaintiff,<br><br>vs.<br><br>TOVIA JAKUBOWITZ<br>1750 Burnett St<br>Brooklyn NY 11229-2624<br><br>Defendant. | Index No.<br><br>Plaintiff designates Kings County as the place of trial.<br><br>**SUMMONS**<br><br>The basis of the venue is Defendant's residence in Kings County. |

*To the Above-Named Defendant:*

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action and to serve a copy of your Answer* to the annexed complaint upon Plaintiff's attorney at the address stated below, within the time provided by law as noted below; upon your failure to appear or Answer, Judgment will be taken against you for the relief demanded in the Complaint, together with the costs of this action.

Dated: _____, 2021

Mark H. Stein, Esq.
Lacy Katzen LLP
*Attorneys for Plaintiff*
Legacy Tower, 600 Bausch & Lomb Place
Mailing Address:  P.O. Box  22878
Rochester, New York 14692-2878
Telephone:  (585) 324-5775   (866) 250-2112

700000407

*Note:* The law provides that:

    *(1)    if this Summons is served by its delivery to you personally within the County of Kings, you must answer within twenty (20) days after such service; or*

    *(2)    if this Summons is served by delivery to any person other than you personally, or is not personally delivered to you within the State of New York, you are allowed thirty (30) days after service is complete within which to Answer.*

**You need not physically go to the Court to serve an Answer.*

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

STATE OF NEW YORK
SUPREME COURT   COUNTY OF KINGS

ACCESSLEX INSTITUTE DBA
ACCESS GROUP

                              Plaintiff,

     vs.                                     VERIFIED
                                                       COMPLAINT

TOVIA JAKUBOWITZ

                              Defendant.

AccessLex Institute, for its complaint alleges:

1.    Plaintiff, AccessLex Institute doing business as Access Group, ("Access Group"), is a non-profit organization organized under the laws of Delaware with a principal place of business in West Chester, Commonwealth of Pennsylvania that provides education loan programs for students in the graduate and professional school community and is dedicated to promoting broad access to higher education.

2.    Tovia Jakubowitz ("Defendant") is a natural person residing in Brooklyn, County of Kings, State of New York.

## BACKGROUND FACTS

3.    At a time before any of the events in issue, Access Group entered into Agreements with National City Bank, Cleveland, Ohio, now known as PNC Financial Services Group, Inc. ("Bank"), to make the loans to students participating in Access Group's student loan programs.

4.    As part of the Access Group student loan programs, Access Group agreed to acquire, through assignment, the Access Group education loans funded by the Bank through these programs after the loans were made to students, thereby becoming the owner and holder of those education loans.

5.    Defendant was a student who financed his education by utilizing an Access Group private education loan to attend law school at Fordham University Law School.

## FIRST CAUSE OF ACTION

6.    Access Group repeats and realleges ¶¶ 1-5 inclusive as if set forth at length.

7. Defendant executed an Application and Loan Agreement ("Loan Agreement") on March 30, 2004 which resulted in the disbursement of education loan funds on April 30, 2004 and May 3, 2004 to, or on behalf of, Defendant in the aggregate amount of $24,000.00. A true and accurate copy of the Application, Loan Agreement, and Federal Truth In Lending Disclosure Statement are attached hereto and incorporated herein as **Exhibit "A"**.

8. On November 19, 2004, Access Group became the owner and holder of the Loan Agreement with Defendant pursuant to its Agreements with the Lender, National City Bank. A true and accurate copy of the Assignment is attached hereto and incorporated herein as **Exhibit "B"**.

9. Defendant failed to comply with the repayment terms of the Loan Agreement and thereby breached the terms of the Agreement.

10. Defendant last paid Access Group on October 28, 2015 in the sum of $229.53.

11. As a result of the Defendant's breach, as defined in the Loan Agreement, Defendant owes Plaintiff the principal amount of $27,895.98 together with interest previously accrued in the amount of $392.05 and unpaid late charges of $30.00.

## SECOND CAUSE OF ACTION

12. Access Group repeats and realleges ¶¶ 1-11 inclusive as if set forth at length.

13. Defendant executed an Application and Loan Agreement ("Loan Agreement") on March 30, 2004 which resulted in the disbursement of education loan funds on May 21, 2004 to, or on behalf of, Defendant in the amount of $10,000.00. A true and accurate copy of the Application, Loan Agreement, and Federal Truth In Lending Disclosure Statement are attached hereto and incorporated herein as **Exhibit "C"**.

14. On March 19, 2004, Access Group became the owner and holder of the Loan Agreement with Defendant pursuant to its Agreements with the Lender, National City Bank. A true and accurate copy of the Assignment is attached hereto and incorporated herein as **Exhibit "D"**.

15. Defendant failed to comply with the repayment terms of the Loan Agreement and thereby breached the terms of the Agreement.

16. Defendant last paid Access Group on October 28, 2015 in the sum of $81.75.

17. As a result of the Defendant's breach, as defined in the Loan Agreement, Defendant owes Plaintiff the principal amount of $11,362.20 together with interest previously accrued in the amount of $189.08 and unpaid late charges of $30.00.

**WHEREFORE**, Plaintiff demands Judgment against the Defendant for the following:

(a) On Plaintiff's First Cause of Action against Defendant for the principal sum of $27,895.98 plus previously accrued interest of $392.05, unpaid late charges in the amount of $30.00;

(b) On Plaintiff's Second of Cause of Action against Defendant for the principal sum $11,362.20 plus previously accrued interest of $189.08, unpaid late charges in the amount of $30.00;

(c) Costs and disbursement of this action, and such other and further relief as is just and proper.

Dated: _____, 2021

_____
Mark H. Stein, Esq.
Lacy Katzen LLP
*Attorneys for Plaintiff*
Legacy Tower, 600 Bausch & Lomb Place
Mailing Address: P.O. Box 22878
Rochester, New York 14692-2878
Telephone: (585) 324-5775  (866) 250-2112

## VERIFICATION

STATE OF DELAWARE)

COUNTY OF NEW CASTLE) ss.:

Christopher J. Mulvihill, being duly sworn, deposes, and says:

I am the Director of Loan Recovery and Collections for AccessLex Institute d/b/a Access Group, the Plaintiff in the within action; I have read the foregoing Complaint and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe to be true. This Verification is made by me because the above party is a corporation. The grounds of my belief as to all matters not stated upon my own knowledge are as follows: Plaintiff's books and records.

_____
CHRISTOPHER J. MULVIHILL

700000407

Ref # 40193091          Acct # 247054 NAME Tovia Jakubowitz

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

LACY KATZEN LLP
600 BAUSCH & LOMB PL
ROCHESTER, NY 14692

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS

INDEX # 520566/2021

ACCESSLEX INSTITUTE DBA ACCESS GROUP,

Plaintiff,

Against

**TOVIA JAKUBOWITZ**

Defendants,

**AFFIDAVIT OF SERVICE**

I, HUSAM NASER, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of NEW YORK.

On 8/21/2021 at 10:12 AM at 1750 BURNETT ST BROOKLYN, New York 11229-2624, I served the within Summons and Verified Complaint and Notice of Commencement of Action Subject to Mandatory Electronic Filing, bearing index #520566/2021, filed 8/12/2021 on TOVIA JAKUBOWITZ, defendant therein named,

**(X) SUITABLE AGE PERSON**: By delivering thereat a copy of each to, "JANE DOE" (REFUSED NAME), FAMILY MEMBER, a person of suitable age and discretion. I also asked this person whether said premises was the defendant's dwelling place/usual place of abode and the reply was affirmative. I then asked this person whether he or she resided at said premises with the defendant and the reply was also affirmative.

**(X) MAILING**: On 08/25/2021 I also enclosed a copy of same, in a prepaid sealed, first class wrapper marked personal and confidential, properly addressed to defendant and mailed to defendant at 1750 BURNETT ST BROOKLYN, New York 11229-2624 by depositing said wrapper in a post office of the United States Postal Service within the state of New York.

**Description of Person Served:**
AGE: 45   SKIN TONE: WHITE   GENDER: FEMALE   WEIGHT: 130-150 LBS   HEIGHT: 5FT4IN-5FT7IN   HAIR: BLACK

MILITARY SERVICE  [X]   I asked the person spoken to whether the defendant was in active military service of the United States or of the State of New York in any capacity whatsoever and received a **NEGATIVE** reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York or of the United States as that term is defined in either the State or Federal statutes.

Server Signature
LICENSE # 2034396
FILE # 700000407
CASE ID # 6171816

STATE OF NEW YORK
COUNTY OF Kings

Sworn to and subscribed before me this 26 day of Aug, 20 21 by HUSAM NASER (affiant name).

Signature of Notary Public

Print, Type or Stamp Notary's Commissioned Name

Personally known _____ OR Produced Identification _____

Type of Identification Produced _____

KEVIN MCCARTHY
NOTARY PUBLIC, State of New York
No. 01MC6163828
Qualified in Nassau County
Commission Expires 06/06/2023

GEN220