UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
Tovia Jakubowitz, individually and on behalf of all others similarly situated,

         Plaintiff,

 -v.-

Lacy Katzen, LLP; AccessLex Institute d/b/a Access Group; and Provest LLC

         Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:21-cv-5579

## NOTICE OF SETTLEMENT AS TO LACY KATZEN, LLP and ACCESSLEX INSTITUTE d/b/a ACCESS GROUP

 Notice is hereby given that the plaintiff and the defendants Lacy Katzen, LLP and AccessLex Institute d/b/a Access Group have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 16th day of June, 2022

         */s/Eliyahu Babad*
         Eliyahu Babad, Esq.
         **Stein Saks, PLLC**
         One University Plaza
         Hackensack, NJ 07601
         Phone: 201-282-6500
         ebabad@steinsakslegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 16, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/ Eliyahu Babad*
                                            Eliyahu Babad, Esq.